# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LOWEY,
Appellant,
vs.
JESSICA LOWEY,
Respondent.

No. 82754

FILED

JUN 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on April 12, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. On May 6, 2021, this court granted appellant's counsel's motion to withdraw as counsel. Among other things, that order directed appellant to pay the filing fee or demonstrate compliance with NRAP 24 within 14 days. Appellant was cautioned that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Dawn Throne, District Judge, Family Court Division
Anthony Lowey
Robbins & Onello, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-17343